Warren CORUM, Plaintiff-Appellant,

v.

G. L. MENDOZA, Police Officer/Police Department, Defendant-Appellee.

No. 16-2088

United States Court of Appeals, Fourth Circuit.

Submitted: November 17, 2016

Decided: November 21, 2016

Warren Corum, Appellant Pro Se.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Corum appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failing to comply with the court's order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Corum v. Mendoza, No. 1:16-cv-00875-AJT-TCB (E.D. Va. Sept. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED